## Case No. 14,925.

### UNITED STATES v. DAVIS.

[4 Cranch, C. C. 606.] [1]

Circuit Court, District of Columbia. Nov. Term, 1835.

WITNESS—MULATTO BORN OF WHITE WOMAN.

A mulatto born of a white woman, and not in a state of servitude by law, is a competent witness for a white man.

The defendant [Richard Davis] was indicted for an assault and battery with intent to kill one —— Shorter, a colored man. Upon the trial, a mulatto man named Collins, born of a white woman, and not in a state of servitude by law, was admitted by the court to testify for the defendant, who was a white man.

See Act Md. 1717, c. 13, § 2.